**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Scimeca, Derivatively and on behalf of Nominal Defendant, Amkor Technology, Inc., ) ) ) ) ) | |
| Plaintiff, ) | No. CV 06-0562-PHX-PGR |
| v. ) | ORDER |
| James J. Kim, et al. ) | |
| Defendants, ) | |
| and ) | |
| Amkor Technology, Inc., ) | |
| Nominal Defendant. ) | |

Upon the motion of Nominal Defendant Amkor Technology, Inc., and good cause appearing,

IT IS ORDERED that the motion to exceed page limits for Nominal Defendant Amkor Technology, Inc.'s Motion to Dismiss (Doc. 54) is GRANTED. Said motion may not exceed 25 pages.

DATED this 3rd day of January, 2007.

Paul G. Rosenblatt
United States District Judge