**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Scimeca, Derivatively and on behalf of Nominal Defendant, Amkor Technology, Inc., <br><br>  Plaintiff, <br><br> v. <br><br> James J. Kim, et al. <br><br>  Defendants, <br><br> and <br><br> Amkor Technology, Inc., <br><br>  Nominal Defendant. | No. CV 06-0562-PHX-PGR <br><br> <u>ORDER</u> |

Upon the motion of Defendants James J. Kim, John T. Kim, Roger A. Carolin, Constantine N. Papadakis, Eric R. Larson, Michael D. O'Brien, John B. Neff, Robert E. Denham, Thomas D. George, Albert J. Hugo-Martinez, Kenneth T. Joyce, Bruce Freyman, Winston J. Churchill, Gregory K. Hinckley, James W. Zug, Paul B. Grant, and Oleg Khaykin ("Defendants") and good cause appearing,

IT IS ORDERED granting the motion to exceed page limits for Defendants' Motion to Dismiss (Doc. 55). Said motion may not exceed 25 pages.

DATED this 3rd day of January, 2007.

_____
Paul G. Rosenblatt
United States District Judge

- 2 -