**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Michael Scimeca, Derivatively       )
and on behalf of Nominal            )
Defendant, Amkor Technology,        )
Inc.,                               )
                                    )
            Plaintiff,              )        No. CV 06-0562-PHX-PGR
                                    )
      v.                            )        **ORDER**
                                    )
James J. Kim, et al.                )
                                    )
            Defendants,             )
                                    )
      and                           )
                                    )
Amkor Technology, Inc.,             )
                                    )
            Nominal Defendant.      )
_____)

    Defendant John N. Boruch having applied for substitution of counsel, and having

complied with the requirements of LRCiv 83.3(b)(1),

    IT IS ORDERED granting the substitution of Kutak Rock LLP as attorneys of record

for Defendant John N. Boruch in this matter in place of Wilson Sonsini Goodrich & Rosati,

and Osborn Maledon PA.

    DATED this 3rd day of January, 2007.


Paul G. Rosenblatt
United States District Judge