**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Scimeca, Derivatively and on behalf of Nominal Defendant, Amkor Technology, Inc., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>James J. Kim, et al. <br><br>　　　　Defendants, <br><br>　and <br><br>Amkor Technology, Inc., <br><br>　　　　Nominal Defendant. | No. CV 06-0562-PHX-PGR <br><br>**<u>ORDER</u>** |

On motion of Defendant John N. Boruch for leave to extend the time for him to answer or otherwise plead to the Third Amended Complaint from December 30, 2006, to January 31, 2007, good cause having been shown,

IT IS ORDERED that the time for Defendant John N. Boruch to answer or otherwise plead to the Third Amended Complaint is extended from December 30, 2006 to January 31, 2007. that their updated Joint Case Management Report is due fourteen days before the Scheduling Conference.

Case 2:06-cv-00562-PGR   Document 71   Filed 01/05/07   Page 2 of 2

1   DATED this 5th day of January, 2007.

```
                    Paul G. Rosenblatt
                    United States District Judge
```

- 2 -